# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154619 & (17)(19)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v
                                                            SC: 154619
                                                            COA: 332920
                                                            Van Buren CC: 10-017031-FC
SCOTTIE BERNARD SHAVER,
          Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



s0717                                        Clerk